# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MEYERS, | CASE NO. CV F 06-0190 OWW LJO |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. / | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All papers shall bear the new case number **CV F 06-0190 LJO**.IT IS SO ORDERED.

**Dated:    June 8, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

1